CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREEN VALLEY CORPORATION, a California Corporation; BARRITA CORPORATION, a California Corporation; and Does 1-10,<br><br>　　　　Defendant. | **Case No.:** 5:22-CV-00698-SVK<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Green Valley Corporation, a California Corporation and Barrita Corporation, a California Corporation, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: November 3, 2022　　　　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　　　　By: /s/Amanda Seabock
　　　　　　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1